**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 566 MAL 2023

          Respondent                  :

                                        :    Petition for Allowance of Appeal

                                        :    from the Order of the Superior Court

          v.                           :

                                        :

JAMAAL TYWAN MURPHY,            :

                                        :

          Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 27th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.